United States District Court
Southern District of Texas
FILED

MAY - 6 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Cinthya Laura Coy**  *PRINCIPAL*  United States
YOB: 1980

## CRIMINAL COMPLAINT

Case Number:
M-19- **1035** -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 4, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Gerson Benitez-Bonilla, a citizen of El Salvador and Luis Estuardo Picon-Velasquez, a citizen of Guatemala, for a total of two (2) undocumented aliens, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near La Joya, Texas to another location near Penitas, Texas, by means of a motor vehicle**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** FELONY

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 4, 2019, A Border Patrol Agent operating a camera system near La Joya, Texas, observed one subject walking towards an intersection where at least six suspected illegal aliens where able to abscond and avoid detention a couple of hours prior. The camera operator maintained visual of the subject and observed the subject walking through a wooded area, climbing a fence, and boarding a Dodge pickup truck at the same intersection.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

approved by AUSA Frances E. Blake on 5/6/2019.

Signature of Complainant

Carlos A. Sanchez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

May 6, 2019    4:05 pm    at   McAllen, Texas
Date                                    City and State

Peter E. Ormsby , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-$1035$-M

**RE:** Cinthya Laura Coy

**CONTINUATION:**

The camera operator relayed the information to responding agents nearby. The camera operator maintained constant observation as the pickup truck left the area informing the agents as to its direction of travel.

Based on the facts, responding agents conducted a vehicle stop on the pickup truck. As agents approached the vehicle and identified themselves as Border Patrol Agents, the driver started making statements, such as she "didn't know who the men were" and "they ask for a ride and that is it". The agent then observed two subjects laying on the rear floorboard of the cabin. Agents identified the two subjects laying on the rear floorboard as Gerson Benitez-Bonilla and Luis Estuardo Picon-Velasquez and determined they were both illegally present in the United States. The driver was identified as Cinthya Laura Coy, a United States Citizen.

All three subjects were placed under arrest and transported to the Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**
Cinthya Laura Coy, a United States Citizen, was advised of her Miranda Rights, understood her rights, and agreed to answer questions without the presence of an attorney.

Coy claimed that a subject named David from Mexico, asked her to pick up two subjects. Coy stated that David was going to pay her $300 for picking them up. Coy accepted the offer and admitted picking up the two subjects.

**MATERIAL WITNESS STATEMENTS:**
Gerson Benitez-Bonilla and Luis Estuardo Picon-Velasquez, were advised of their Miranda Rights. Both understood their rights and agreed to provide a statement without the presence of an attorney.

Bonilla a citizen of El Salvador, indicated he made his smuggling arrangements and claimed he was charged a total of $6,800 to be smuggled into the United States. Bonilla claimed he crossed the river with a group of six. Bonilla stated that while he was waiting, a female called his cellphone and told him to wait where he was at. Bonilla also stated that when Border Patrol Agents stopped the vehicle, she instructed them duck down.

Picon a citizen of Guatemala, indicated he made his smuggling arrangements and claimed he was charged a total of $16,000 to be smuggled into the United States. Picon claimed he crossed the river with other people on a raft. Picon stated that the female driver called him on his cellphone and told him that she was there and to board the vehicle. Picon stated that when the vehicle arrived, the driver flashed her headlights near his location, in a wooded area. When officers were behind the vehicle, Picon stated that the driver instructed them to bail out of the vehicle but they refused to jump out because the vehicle was still in motion. Additionally, he stated that the driver told them that they screwed her over because they did not jump out.